

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00244-CV

_____

## IN THE ESTATE OF FREDDIE LEE CURRY, DECEASED

_____

### From the County Court at Law No. 2
### Brazos County, Texas
### Trial Court No. 14,112-PC

---

## MEMORANDUM  OPINION

---

Appellants LaTonya Payton, Freddie Lee Curry, Jr., and Darren Dewitt Curry appealed the trial court's "Order Admitting Will to Probate and Authorizing Letters Testamentary."  The parties have filed a "Joint Stipulation of Agreed Dismissal" requesting that we dismiss the appeal, stating that the appeal has been settled at mediation.

The request for dismissal is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).


TOM GRAY
Chief Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 31, 2013
[OT06]